# United States District Court
## For The Western District of North Carolina
## Charlotte Division

James L. Jackson,

    Plaintiff(s),      JUDGMENT IN A CIVIL CASE

vs.             3:10cv180

Roy Cooper, et al,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/20/2010 Order.

       Signed: April 20, 2010

       Frank G. Johns, Clerk
       United States District Court